## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

ROBIN TWITCHELL,          )
                                  )
           PLAINTIFF      )
                                  )
v.                             )         CIVIL NO. 1:10-CV-298-DBH
                                  )
MICHAEL J. ASTRUE,        )
COMMISSIONER OF SOCIAL SECURITY,  )
                                  )
          DEFENDANT    )

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 8, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on July 25, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's final decision is **AFFIRMED**. Judgment is entered in favor of the Commissioner.

**SO ORDERED.**

**DATED THIS 26TH DAY OF JULY, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**